STEPHEN C. BALOGH v. NEW JERSEY STATE
PAROLE BOARD.

November 10, 1986.

Petition for certification denied.

ANTHONY W. CASTALDO v. UNION COUNTY REGIONAL
HIGH SCHOOL DISTRICT NO. 1, UNION COUNTY.

November 10, 1986.

Petition for certification denied.

TOMANQUI KIRK v. THE CITY OF NEWARK, ET AL.

November 10, 1986.

Petition for certification granted. (See 212 *N.J.Super.* 201)

TOMANQUI KIRK v. THE CITY OF NEWARK, ET AL.

November 10, 1986.

Cross-petition for certification granted. (See 212 *N.J.Super.* 201)